# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America <br> v. <br> Joseph James NANTOMAH <br> (D.O.B. xx/xx/1976) <br><br> *Defendant(s)* | ) ) ) ) ) ) ) )  Case No. 26-826M(NJ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __between May 2023 and June 2023__ in the county of __Milwaukee__ in the __Eastern__ District of __Wisconsin__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 1343 | Wire Fraud |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Hailey Wirtz, FBI Special Agent
*Printed name and title*

Sworn via telephone; transmitted via email pursuant to Fed. R. Crim. 4.1

Date: 1/13/2026

*Judge's signature*

City and state: Milwaukee, WI

Honorable Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT

I, HAILEY WIRTZ, being first duly sworn, hereby depose and state as follows:

## I. INTRODUCTION

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed since January 2025. As a Special Agent, I've received training in complex financial crimes, including the identification, investigation, and documentation of fraudulent financial activity. From my experience, I understand the serious nature and impact of complex financial crimes, including their potential to undermine public trust, destabilize financial institutions, and facilitate broader criminal activity.

2. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and does not set forth all of my knowledge about this matter. All of the information contained herein is based upon my personal knowledge of this investigation or upon information supplied to me by other law enforcement officers or citizen witnesses, all of whom I believe to be truthful and reliable.

## II. PROBABLE CAUSE

### A. Background of the Investigation

3. I have been investigating Dr. Joseph James Nantomah ("Nantomah"), who I believe to be engaging in a fix-and-flip real estate investment fraud scheme, since February 2025.

4. Through this investigation, case agents learned that Nantomah has defrauded numerous investors in a fix-and-flip real estate investment scheme between 2020 and 2024 through his companies Investors Capital LLC, Global Investors Capital LLC, High Income Performance Partners LLC, and Wealth Flow LLC. A fix-and-flip real estate investment involves investors purchasing properties in need of repair, renovating them, and then selling them for a profit.

5.  As part of his scheme, Nantomah solicited investments from individuals who attended his presentations at financial coaching classes and seminars, and through social media. As part of his scheme to defraud, Nantomah entered into written agreements with these individuals, in which he made false and fraudulent promises that he would use their invested funds to acquire properties, fix them up, flip them, and pay the investors their principal with a guaranteed return on investment on a specific date. Based on the investigation to date, Nantomah did not use the money he received to purchase properties or to fix them. Instead, Nantomah used those funds on personal expenses and Ponzi payments to prior investors.

**Nantomah's Businesses**

6.  Investors Capital LLC (IC) is a company Nantomah organized in the State of Wisconsin and registered with WI-DFI on March 1, 2020. WI-DFI records show that Nantomah is the registered agent and sole member of IC, and the principal office address is at 790 N Milwaukee Street, Suite 354, Milwaukee, WI 53202.

7.  Global Investors Capital LLC (GIC) is a company Nantomah organized in the State of Wisconsin and registered with WI-DFI on March 10, 2022. WI-DFI records show that Nantomah is the registered agent and sole member of GIC, and the principal office address is at 11220 W Burleigh Street, Wauwatosa, WI 53222.

8.  Wealth Flow LLC (WF) is a company Nantomah organized in the State of Wisconsin and registered with WI-DFI on March 1, 2022. WI-DFI records show that Nantomah is the registered agent and sole member of WF, and the principal office address is at 11220 W Burleigh Street, Suite 100, Wauwatosa, WI 53222.

9.  High Income Performance Partners LLC (HIPP) is a company Nantomah organized in the State of Wisconsin and registered with WI-DFI on July 14, 2023. WI-DFI records show

2

Case 2:26-mj-00026-SEALED Filed 01/13/26 Page 3 of 6 Document 1

that Nantomah is the registered agent and the principal office address is at 11220 W Burleigh Street, Wauwatosa, WI 53222.

**B. Nantomah's Contracts with Victims of the Scheme to Defraud**

10. In May and June 2023, four individuals, identified herein as Investor 1, Investor 2, Investor 3, and Investor 4, invested a combined $290,000 with IC to fix-and-flip a residential property at 3985 Fairfield Road, Slinger, Wisconsin 53086 ("Slinger Property").

11. Nantomah falsely represented to each of these investors that their investment would be used for the purpose of purchasing and/or remodeling the Slinger property.

12. Each of the investors executed an investment contract with Nantomah in which Nantomah represented that invested funds would be used specifically for the fixing and flipping of the Slinger Property.

13. Each of the investors executed an investment contract with Nantomah that guaranteed a specific, percentage-based, return on investment within a specified period.

14. On June 2, 2023, Nantomah posted a video of himself and Investor 1 at the Slinger Property on his public Instagram account. In that video, Nantomah stated: "Yeah, so that deal that we are talking about…the one in Slinger that I um uh got for 665. We'll put in 35…or is it 25 to fix it, and we're selling 850. He's [Investor 1] on that deal. And u we're gonna be finishing that deal. That is gonna start this month in June and I wanted him [Investor 1] to come and see it for himself."

15. The following day, on June 3, 2023, Nantomah posted a video of himself and Investor 1 walking the exterior of the Slinger property and then entering the Slinger property and walking around the interior. The post associated with the video reads: "Last chance to be on this amazing deal we closing this June. Property on contract for $665,000 / Repairs $35,000 / Selling

3

or ARV on paper is $831,000 might be more / Profit $131,000 before closing. DM the word DEAL or email Info@investorscapitalllc.net."

16. Investor 3 saw Nantomah's videos about the Slinger property on Instagram and messaged Nantomah about the investment. During their conversation, Nantomah stated that he planned to sell the property in six months and guaranteed a 20% return on investment. Subsequently, Nantomah caused Investor 3 to send a wire transfer of $80,000 on June 5, 2023. That wire transfer affected interstate commerce, and constituted an execution of Nantomah's scheme to defraud.

### C. Financial Analysis of Investments

17. During this investigation, case agents analyzed multiple personal and business bank account records pertaining to accounts controlled by Nantomah. These account records were obtained through subpoena and through the WI-DFI and SEC. Case agents also analyzed numerous investment agreements, complaints, and interview records obtained from the WI-DFI, SEC, and AxePoint Law. These records show that from approximately May 4, 2020 until January 12, 2024, at least 32 individuals and businesses invested at least $1,929,000 with IC, GIC, and HIPP. The bank account records show Nantomah used a significant amount of these funds for a variety of expenditures unrelated to the purchase, renovation, and sale of properties as promised in the investment agreements. Instead, Nantomah spent a significant amount of these funds at companies associated with the sale of vehicles, boats, jewelry, golden visa and other residency and citizenship programs, travel, and for large American Express credit card payments for apparent lavish personal expenses including travel and jewelry, among other things.

18. An analysis of Nantomah's bank accounts to which Investors 1-4 sent money shows no real-estate related transactions involving the Slinger Property. Instead, between May 31, 2023

4

and June 8, 2023, $270,000, primarily consisting of these investors' funds, was transferred via check and cashier's to other Nantomah-controlled bank accounts and subsequently used for variety of expenditures including what appears to be personal expenses, cash withdrawals, large American Express credit card bill payments for what appear to be lavish travel and other personal expenses, and to pay back previous investors.

19. Washington County records show that neither Nantomah nor any of his businesses have ever held an ownership interest in the Slinger Property. It was sold to a party completely unrelated to Nantomah or any of his businesses on September 14, 2023.

20. Between December 2023 and March 2024, Investors 1-3 asked Nantomah about the status of the Slinger Property and their investment. Nantomah repeatedly misrepresented that their returns were delayed due to court action.

21. Nantomah never purchased the Slinger Property as represented and never repaid Investor 1-4 their initial principal or their guaranteed return on investment.

## **CONCLUSION**

22. Based on the foregoing, there is probable cause to believe that in the Eastern District of Wisconsin and elsewhere, Dr. Joseph James Nantomah, knowingly devised and participated in a scheme to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and that for the purpose of executing the scheme and attempting to do so, Nantomah transmitted and caused to be transmitted in interstate commerce wire communications, all in violation of Title 18, United States Code, Section 1343.